UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN LEE HODGE,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

NO. CR. 1-91-0116 WBS

ORDER

----oo0oo----

        Petitioner, JOHN LEE HODGE, has filed an Application to Revisit Original Sentence Pursuant to Rule 60(b)(6). The United States Attorney shall file a response to this Application on or before March 26, 2007. Petitioner shall file his reply, if any, on or before April 10, 2007. The matter shall then be taken under submission.

        IT IS SO ORDERED.

DATED: February 26, 2007

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE