UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN LEE HODGE,

     Petitioner,

    v.

UNITED STATES OF AMERICA,

     Respondent.

NO. CR. 1-91-0116 WBS

ORDER

----oo0oo----

     Petitioner asks the court, pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure, to modify his sentence to reflect a criminal history category V instead of VI.  The court denies the request because the criminal history category was correctly calculated.  A conviction based on a plea of nolo contendere is properly counted, for purposes of the sentencing guidelines, the same as if it were based on a plea or finding of guilty.  <u>United States v. Govan</u>, 152 F.3d 1088 (9th Cir. 2006).

     IT IS THEREFORE ORDERED that petitioner's application to revisit his sentence pursuant to Rule 60(b)(6) of the Federal

///

///

1 | Rules of Civil Procedure be, and the same hereby is, DENIED.
2 | DATED:  August 23, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE