UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JOHN LEE HODGE,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

NO. CR. 1-91-0116 WBS

ORDER

----oo0oo----

The court has read and considered Hodge's Motion for Reconsideration of this court's order denying his Rule 60(b) motion.  His contention that his plea of nolo contendere was not an adjudication of guilt is simply wrong.  For the reasons previously stated, the court's previous order was correct, and

IT IS THEREFORE ORDERED that Hodge's motion for reconsideration of this court's order denying his Rule 60(b) motion be, and the same hereby is, DENIED.

DATED:  September 11, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE