LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street, Suite #370
Fresno, California 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411

Attorney for Defendant, JOHN LEE HODGE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN LEE HODGE,<br><br>Defendant. | CASE NO. 1:91-CR-00116 WBS<br><br>Honorable William B. Shubb<br><br>**STIPULATION TO TRANSFER VENUE TO FRESNO DIVISION AND [PROPOSED] ORDER** |

**TO THE HONORABLE JUDGE OF THE ABOVE-ENTITLED COURT; TO THE DISTRICT ATTORNEY IN AND FOR THE COUNTY OF FRESNO, AND TO THE DEPARTMENT OF PROBATION IN AND FOR THE COUNTY OF FRESNO:**

In accordance with Local Rule 120(f), Defendant, through his counsel, and Plaintiffs hereby stipulate to transfer venue in this case to the Fresno, California, Division of the Eastern District of California. The Indictment was filed on July 25, 1991, and an Answer was subsequently filed in Sacramento, California. Since the Answer was filed, Defendant pled guilty and went to prison. He has been on supervised release in Fresno, California and therefore in accordance with Local Rule 120(f), venue is most appropriate in Fresno. Defendant, through his counsel and Plaintiffs, therefore respectfully request that the Court transfer this action to the

Fresno Division of the Eastern District of California.

Dated: January 23, 2018　　　　　　　　　　　By: /s/ Michael J. Aed
　　　　　　　　　　　　　　　　　　　　　　　　Michael J. Aed
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant


Dated: January 24, 2018　　　　　　　　　　　By: /s/ Camil Skipper
　　　　　　　　　　　　　　　　　　　　　　　　Camil Skipper AUSA


## ORDER

　　　Good cause having been shown:

　　**IT IS ORDERED.**

**Dated: January 26, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE